| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | Matthew C. Bockmon, Bar #161566<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant<br>ERIC MOHTADI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00530 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| ERIC MOHTADI, | Date: June 14, 2012<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant, ERIC MOHTADI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the change of plea hearing set for Thursday, May 24, 2012, be vacated and a new change of plea hearing date of Thursday, June 14, 2012, at 9:00 a.m., be set.

The reason for this continuance is because a proposed plea agreement is forthcoming from the government and defense counsel needs additional time review the plea agreement with the client once it is received.

///
///
///
///
///

It is further stipulated that the time period from the date of this stipulation, May 23, 2012, through and including the date of the new change of plea hearing, June 14, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 23, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| By: | |
| */s/ Matthew C. Bockmon for*<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC MOHTADI |

///
///
///

2

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Thursday, May 24, 2012, be vacated and that the case be set for **Thursday, June 14, 2012, at 9:00 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 29, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 23, 2012, through and including June 14, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

IT IS SO ORDERED.

Dated: May 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE