DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERIC MOHTADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00530 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| ERIC MOHTADI, | Date: August 2, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant, ERIC MOHTADI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the change of plea hearing set for Thursday, July 12, 2012, be vacated and a new change of plea hearing date of Thursday, August 2, 2012, at 9:00 a.m., be set.

The reason for this continuance is because a proposed plea agreement is forthcoming from the government and defense counsel needs additional time review the plea agreement with the client once it is received.

It is further stipulated that the time period from the date of this stipulation, July 11, 2012, through and including the date of the new change of plea hearing, August 2, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

1 DATED: July 11, 2012

2     Respectfully submitted,

BENJAMIN B. WAGNER                        DANIEL J. BRODERICK
United States Attorney                          Federal Defender

By:

*/s/ Matthew C. Bockmon for*             */s/ Matthew C. Bockmon*
JASON HITT                                MATTHEW C. BOCKMON
Assistant U.S. Attorney                        Assistant Federal Defender
Attorney for United States                   Attorney for Defendant
                                                     ERIC MOHTADI

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 13, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Thursday, July 12, 2012, be vacated and that the case be set for **Thursday, August 2, 2012, at 9:00 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 13, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, July 11, 2012, through and including August 2, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

    IT IS SO ORDERED.

Dated: July 13, 2012

                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE