1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ERIC MOHTADI
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO. CR-S-11-530 MCE
                                       )
12                  Plaintiff,         )   **STIPULATION AND ORDER TO CONTINUE**
                                       )   **CHANGE OF PLEA HEARING AND TO**
13          v.                         )   **EXCLUDE TIME PURSUANT TO THE**
                                       )   **SPEEDY TRIAL ACT**
14  ERIC MOHTADI,                      )
                                       )   Date:   August 9, 2012
15                  Defendant.         )   Time:   9:00 a.m.
                                       )   Judge:  Morrison C. England, Jr.
16  _____   )

17          It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant

18  U.S. Attorney, and defendant, ERIC MOHTADI, by and through his counsel, Matthew C. Bockmon, Assistant

19  Federal Defender, that the change of plea hearing set for Thursday, August 2, 2012, be vacated and a new

20  change of plea hearing date of Thursday, August 9, 2012, at 9:00 a.m., be set.

21          The reason for this continuance is because defense counsel needs additional time to consult with the

22  client.

23          It is further stipulated that the time period from the date of this stipulation, July 31, 2012, through and

24  including the date of the new change of plea hearing, August 9, 2012, shall be excluded under the Speedy Trial

25  Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with

26  / / /

27  / / /

28  / / /

the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 31, 2012

Respectfully submitted,

BENJAMIN B. WAGNER                          DANIEL J. BRODERICK
United States Attorney                           Federal Defender

By:

*/s/ Matthew C. Bockmon for*                    */s/ Matthew C. Bockmon*
JASON HITT                                      MATTHEW C. BOCKMON
Assistant U.S. Attorney                          Assistant Federal Defender
Attorney for United States                       Attorney for Defendant
                                                ERIC MOHTADI

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 2, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Thursday, August 2, 2012, be vacated and that the case be set for **Thursday, August 9, 2012, at 9:00 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 2, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, July 31, 2012, through and including August 9, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2