1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ERIC MOHTADI

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO. 2:11-cr-00530-MCE
                                       )
12              Plaintiff,             )  **STIPULATION AND ORDER TO CONTINUE**
                                       )  **STATUS HEARING AND TO EXCLUDE**
13        v.                           )  **TIME PURSUANT TO THE SPEEDY TRIAL**
                                       )  **ACT**
14                                     )
    ERIC MOHTADI,                      )  Date:   December 13, 2012
15                                     )  Time:   9:00 a.m.
                Defendant.             )  Judge:  Morrison C. England, Jr.
16  _____)

17        It is hereby stipulated and agreed to between the United States of America through JASON HITT,

18  Assistant U.S. Attorney, and defendant, ERIC MOHTADI, by and through his counsel, MATTHEW C.

19  BOCKMON, Assistant Federal Defender, that the status conference set for Thursday, November 8, 2012, be

20  continued to Thursday, December 13, 2012, at 9:00 a.m.  The parties have conferred and agree that additional

21  time is needed for the defense to finalize the plea agreement.

22        It is further stipulated that the time period from the date of this stipulation, October 23, 2012, through

23  and including the date of the new status conference hearing, December 13, 2012, shall be excluded under the

24  Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

25  counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

26  continuance outweigh the best interests of the public and the defendant in a speedy trial.

27  ///

28  ///

DATED:  October 23, 2012

DANIEL BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ERIC MOHTADI


BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
JASON HITT
Assistant U.S. Attorney
Attorney for United States


**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 23, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, November 8, 2012, be vacated and that the case be set for **Thursday, December 13, at 9:00 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 23, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, October 23, 2012, through and including December 13, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

IT IS SO ORDERED.

Dated:  October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2